IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| David Evans and Paul Evans, ) | C/A No.: |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **NOTICE OF REMOVAL** |
| ) | |
| Professional Employer Group, Inc., f/k/a ) | |
| The Employer Services Group, LLC, ) | |
| by merger, and Southern Plan ) | |
| Administrators, Inc., Southern Medical ) | |
| Plans, ) | |
| ) | |
| Defendants. ) | |
| ) | |

　　　　Defendants, Professional Employer Group, Inc. and The Employer Service Group, LLC, by merger (hereinafter "PEG"), files this Notice of Removal and alleges:

　　　　1.　　Professional Employer Group and Employer Service Group, LLC, Defendants in an action entitled <u>David Evans and Paula Evans vs. Professional Employer Group, Inc. f/k/a The Employer Services Group, LLC, by merger, and, Southern Plan Administrators, Inc., Southern Medical Plans</u>, Civil Action No. 2005-CP-40-03148, which is now pending in the Court of Common Pleas for Richland County, State of South Carolina.

　　　　2.　　Defendants were served with Plaintiff's Summons and Complaint on July 7, 2005.

　　　　3.　　This action is of a civil nature and involves the laws of the United States, specifically, the Employee Retirement Income Security Act of 1974 29 U.S.C. § 1001 <u>et</u> <u>seq</u>., as appears from the allegations contained in the Complaint. This action is one over which the District Court of the United States has original jurisdiction.

　　　　4.　　The Defendants file herewith as **"Exhibit A"**, copies of all process, pleadings, and orders received by Defendants.

5. Written notice of the filing of this Notice will be given to Plaintiff, and Defendants Southern Plan Administrators and Southern Medical Plans, together with a copy of the Notice of Removal and supporting documents, will be filed with the Clerk of the Richland County Court of Common Pleas.

        /s/ Michael H. Montgomery
        Michael H. Montgomery
        Federal I.D. No.: 3960
        **MONTGOMERY, PATTERSON, POTTS & WILLARD, L.L.P.**
        1517 Hampton Street
        Post Office Box 11886
        Columbia, South Carolina  29211-1886
        Telephone:  (803) 779-3500

        ATTORNEYS FOR THE DEFENDANTS

August 4, 2005
Columbia, South Carolina